| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:17-cv-00422 |
|---|---|---|---|

| Malibu Media, LLC, Plaintiff, |
|---|
| *versus* |
| Richard Reed, Defendant |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey J. Antonelli<br>Antonelli Law, Ltd.<br>35 East Wacker Dr., Suite 1875<br>Chicago, IL 60601<br>+1.312.201.8310 - Tel.<br>+1.888.211.8624 - Fax.<br>jeffrey@antonelli-law.com<br>Illinois Bar No. 6271875 |

| Name of party applicant seeks to appear for: | Richard Reed |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __     __   No __ ✓ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 10/11/2017 | Signed: | /s/ Jeffrey J. Antonelli |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge